B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>for the District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Restora Healthcare Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>45-5362837 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2550 Northwinds Pkwy, Suite 160<br>Alpharetta, GA<br>ZIP CODE 30009 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fulton County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                              Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>----------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)   (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____
                (Name of landlord that obtained judgment)

                _____
                (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Stuart M. Brown

Printed Name of Attorney for Debtor(s)
DLA Piper LLP (US)

Firm Name

1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Address

(302) 468-5700
Telephone Number

2-27-14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
George W. Dunaway

Printed Name of Authorized Individual
Chief Financial Officer

Title of Authorized Individual

2-24-14
Date

## ATTACHMENT 1

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates
Each Concurrently Filed in the United States Bankruptcy Court
for the District of Delaware**

Contemporaneously with the filing of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>") and a motion requesting joint administration of their chapter 11 cases.

1. Restora Healthcare Holdings, LLC

2. Restora Hospital of Sun City, LLC

3. Restora Hospital of Mesa, LLC

*[remainder of page intentionally left blank]*

# WRITTEN CONSENT OF A MAJORITY OF
# THE MANAGERS AND MAJORITY APPROVAL OF THE MEMBERS OF
# RESTORA HEALTHCARE HOLDINGS, LLC

### February 24, 2014

The undersigned, being a majority of the Managers and Majority Approval of the Members (collectively, the "Majority Managers and Members") of Restora Healthcare Holdings, LLC, a Delaware limited liability company (together with its subsidiaries Restora Hospital of Mesa, LLC and Restora Hospital of Sun City, LLC, the "Company") under the Limited Liability Company Agreement of Restora Holdings, hereby consent to and approve the following actions and adopt the following resolutions by the requisite consent without a meeting, and that such resolutions have not been modified, rescinded or revoked and are present in full force and effect:

**WHEREAS**, the Majority Managers and Members have been evaluating and considering a restructuring of the Company's business in consultation with professional advisors of the Company; and

**WHEREAS**, the Majority Managers and Members have determined that it is desirable, fair, reasonable, and in the best interests of the Company and the Company's creditors, members, and other interested parties for the Company to file a petition seeking relief under the provisions of chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Majority Managers and Members, it is desirable and in the best interests of the Company and its creditors, members and other interested parties that the Company file a petition under chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that George D. Pillari of Alvarez & Marsal Healthcare Industry Group, LLC, or such other person as the Majority Managers and Members will designate (the "Chief Restructuring Officer"), is appointed as an officer of the Company and, together with any other officer as designated by Majority Managers and Members (together with the Chief Restructuring Officer, the "Officers"), are authorized and instructed to cause preparation of an appropriate voluntary petition as determined by him under chapter 11 of the Bankruptcy Code on behalf of the Company; and

**FURTHER RESOLVED**, that, upon preparation, the Officers are hereby authorized, on behalf of and in the name of the Company, to execute the petition in such form as the Officers deem appropriate and that, upon such execution, the Officers are hereby authorized to cause the Company to file the petition with the United States Bankruptcy Court for the District of Delaware to commence a case (a "Bankruptcy Case") under chapter 11 of the Bankruptcy Code on or as soon after February 24, 2014 as is reasonable practicable; and

**FURTHER RESOLVED**, that the Officers, on terms consistent with those presented to the Majority Managers and Members, are hereby authorized and instructed to make such arrangements as they deem necessary or proper for the Company to use existing cash collateral

or to borrow additional funds, either as a debtor in possession under chapter 11 of the Bankruptcy Code or otherwise, and that the Officers are hereby authorized and instructed, on behalf of and in the name of the Company, to negotiate and agree with potential lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, and to execute and deliver appropriate agreements for such use of postpetition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) to such agreement(s), and to take such additional action and execute and deliver such other agreements, instruments, or documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such officer, in his sole discretion, may deem necessary or proper in connection with such further borrowings; and

**FURTHER RESOLVED**, that the Majority Managers and Members have determined, in light of current circumstances and after consultation with the Company's professional advisors, and in connection with the filing of the Company's Bankruptcy Case, that it is in the best interests of the Company, its creditors, members, and other parties in interest to authorize the Company to enter into one or more sale or other restructuring transactions (collectively, the "Restructuring Transactions"); and

**FURTHER RESOLVED**, that the Officers are hereby authorized and empowered, in the name of and on behalf of the Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of the Restructuring Transactions to which the Company is or will be a party, including, but not limited to, any management agreement, chapter 11 plan, disclosure statement, asset purchase agreement, and all exhibits and/or ancillary documents related thereto (collectively, the "Restructuring Documents"); and

**FURTHER RESOLVED**, that the Officers are hereby authorized and empowered in the name of, and on behalf of, the Company to take any and all actions to (i) obtain bankruptcy court approval of the Restructuring Documents in connection with the Restructuring Transactions, and (ii) obtain bankruptcy court approval of any Restructuring Transactions; and

**FURTHER RESOLVED**, that the Officers, on terms consistent with those presented to the Majority Managers and Members, are authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that he deems necessary and proper in connection with the Bankruptcy Case; and

**FURTHER RESOLVED**, that the law firm of DLA Piper LLP (US) shall be retained as bankruptcy counsel under section 327(a) of the Bankruptcy Code for the Company in the Bankruptcy Case in accordance with terms of the engagement letter, and the Officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior

to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an application for authority to retain the services of DLA Piper LLP (US) during the Bankruptcy Case; and

**FURTHER RESOLVED**, that the Officers of the Company are authorized and directed to employ any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an appropriate application for authority to retain the services of such firm(s); and

**FURTHER RESOLVED**, that the Officers are authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Bankruptcy Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Officers to seek relief under chapter 11 of the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

**FURTHER RESOLVED**, that this consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes.

The actions taken by this written consent shall have the same force and effect as if taken by the undersigned at a meeting of the Majority Managers and Members, duly called and constituted pursuant to the laws of the state of Delaware.

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.

**Restora Healthcare Holdings, LLC**

By: _____
Name: Jason K. Dodd
Title: Manager

By: _____
Name: Kip Weatherwax
Title: Manager

**Members:**

HCCG, LLC

By: _____
Name: Jason K. Dodd
Title: Manager

RESTORA EMPLOYEE FUND, LLC

By: _____
Name: Jason K. Dodd
Title: Manager

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
RESTORA HEALTHCARE HOLDINGS, LLC, : Case No. 14-_____ (  )
*et al.*,[1] :
: (Joint Administration Requested)
Debtors. :
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") filed voluntary petitions in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "Top 20 List"), based on the Debtors' books and records as of the petition date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| 1-Hearthstone Hospital – Sun City, LLC d/b/a Trillium Specialty Hospital – West Valley / Hearthstone Hospital – Mesa, LLC d/b/a Trillium Specialty Hospital – East Valley | c/o Unispec Facilities Management<br>4440 N. Civic Center Place<br>Scottsdale, AZ 85251<br>Attn: Glenn de Souza<br>Tel: (480) 945-7711<br>Fax: (480) 240-1310<br>Email: Glenn@unispecgroup.com<br><br>-and-<br><br>Lewis and Roca LLP<br>40 North Central Avenue<br>Suite 1900<br>Phoenix, AZ 85004<br>Attn: Scott DeWald, Esq.<br>Tel: (602) 262-5333<br>Fax: (602) 734-3745<br>Email: sdewald@lrlaw.com | Subordinate Promissory Notes | | $3,920,027.59 |
| 2-Medline Industries | Dept. LA 21558<br>Pasadena, CA 91185<br>Attn: John Ryan<br>Tel: (847) 643-4730<br>Fax: (866) 914-2681<br>Email: jryan@medline.com | Trade Debt | | $1,073,882.09 |
| 3-Phoenix Metro Acutes | P.O. Box 749959<br>Los Angeles, CA 90074<br>Attn: Deb Todd<br>Tel: (480) 967-7707<br>Fax: (480) 967-8273<br>Email: deb.todd@fmc-na.com | Trade Debt | | $902,528.55 |
| 4-ARHC RHSUNAZ01, LLC | c/o American Realty Capital<br>405 Park Avenue, 15th Floor<br>New York, NY 10022<br>Attn: Sean Leahy<br>Tel: (212) 415-6500<br>Fax: (212) 421-5799<br>Email: sleahy@arlcap.com | Lease Agreement | | $415,580.13 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| **5-ARHC RHMESAZ01, LLC** | c/o American Realty Capital<br>405 Park Avenue, 12th Floor<br>New York, NY 10022<br>Attn: Sean Leahy<br>Tel: (212) 415-6500<br>Fax: (212) 421-5799<br>Email: sleahy@arlcap.com | Lease Agreement | | $413,898.19 |
| **6-Pharmacare Services** | 211 N Loop 1604 East, Suite 250<br>San Antonio, TX 78232<br>Attn: John Fuller<br>Tel: (210) 745-4000<br>Fax: (210) 745-4097<br>Email: jfuller@pharmacareservices.com | Trade Debt | | $409,893.41 |
| **7-Coker Capital Advisors** | 2400 Lakeview Parkway<br>Suite 4000<br>Alpharetta, GA 30022<br>Attn: Dan Davidson<br>Tel: (678) 832-2017<br>Fax: (678) 832-2016<br>Email: ddavidson@cokercapital.com | Trade Debt | | $335,000.00 |
| **8-Acuity Healthcare** | 10200 Mallard Creek Rd, Suite 300<br>Charlotte, NC 28262<br>Attn: Rick Cassady<br>Tel: (704) 887-7281<br>Fax: (704) 887-7282<br>Email: rcassady@acuityhealthcare.net | Financial Management Services | | $329,584.55 |
| **9-Concentric Healthcare** | 4250 N Drinkwater Blvd., Suite 165<br>Scottsdale, AZ 85395<br>Attn: Tery Lutje<br>Tel: (480) 444-7848<br>Fax: (480) 444-7799<br>Email: tlutje@chsaz.com | Trade Debt | | $325,281.84 |
| **10-Sonora Quest** | 1255 W. Washington St.<br>Tempe, AZ 85281<br>Attn: David Lutich<br>Tel: (602) 685-5417<br>Fax: (602) 685-5400<br>Email: david.lutich@bannerhealth.com | Trade Debt | | $307,388.46 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| **11-United Blood Services** | P.O. Box 53022<br>Phoenix, AZ 85072<br>Attn: Jean Rediger<br>Tel: (602) 414-3500<br>Fax: (602) 437-6929<br>Email: jrediger@bloodsystems.org | Trade Debt | | $259,875.12 |
| **12-Quality Medical Imaging** | 2490 Professional Court, #110<br>Las Vegas, NV 89128<br>Attn: Roger Faselt<br>Tel: (866) 508-4870<br>Fax: (866) 274-0710<br>Email: roger@qualitymedicalimaging.com | Trade Debt | | $252,201.53 |
| **13-Southwest Transport Services** | 708 W. Baseline Road<br>Mesa, AZ 85210<br>Attn: John Ford<br>Tel: (480) 209-7944<br>Email: john.ford@rmetro.com | Trade Debt | | $233,447.74 |
| **14-Renal Treatment Centers West** | 225 E. Germann Road, Suite 150<br>Gilbert, AZ 85297<br>Attn: Sean Graham<br>Tel: (480) 967-9366<br>Fax: (480) 966-9765<br>Email: sean.graham@davita.com | Trade Debt | | $203,079.61 |
| **15-Banner Baywood Medical Center** | 6644 E. Baywood Avenue<br>Mesa, AZ 85206<br>Attn: Patricia Lathe<br>Tel: (480) 684-5650<br>Email: patrica.lathe@bannerhealth.com | Trade Debt | | $141,145.33 |
| **16-KCI USA** | P.O. Box 301557<br>Dallas, TX 75303<br>Attn: Connie Sierra<br>Tel: (800) 275-4524<br>Fax: (210) 406-4703<br>Email: concepcion.sierra@kci1.com | Trade Debt | | $136,245.37 |
| **17-Abbott Laboratories** | P.O. Box 92679<br>Chicago, IL 60675<br>Attn: Abhishek Pandey<br>Tel: (347) 817-7820<br>Fax: (847) 938-7835<br>Email: abhishek.pandey@abbott.com | Trade Debt | | $116,643.10 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| **18-Pulmonary Consultants** | P.O. Box 6003<br>Mesa, AZ 85216<br>Attn: Andrew Sulit<br>Tel: (480) 835-7111<br>Fax: (480) 969-9345<br>Email: andrewsulitmd@gmails.com | Trade Debt | | $113,200.00 |
| **19-Ontario Refrigeration Services** | 635 S. Mountain Ave<br>Ontario, CA 91762<br>Attn: Amanda Lockwood<br>Tel: (909) 740-3443<br>Fax: (909) 986-4149<br>Email: ar@ontref.ocm | Trade Debt | | $105,386.62 |
| **20-Freedom Medical Inc.** | P.O. Box 822704<br>Philadelphia, PA 19182<br>Attn: Neil Eisenberg<br>Tel: 800-784-8849<br>E-mail: neisenberg@freedommedical.com | Trade Debt | | $88,275.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
RESTORA HEALTHCARE HOLDINGS, LLC, : Case No. 14-_____ (   )
et al.,[1] :
: (Joint Administration Requested)
Debtors. :
---------------------------------------------------------------x

## DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, George W. Dunaway, the Chief Financial Officer of Restora Healthcare Holdings, LLC, a Delaware limited liability company and one of the debtors in these chapter 11 cases, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Consolidated List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: February 24, 2014

Name: George W. Dunaway
Title: Chief Financial Officer

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

C:\Users\eb33924\Desktop\67947034_3.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Chapter 11
                                                               :
RESTORA HEALTHCARE HOLDINGS, LLC,                              :  Case No. 14-_____ ( )
et al.,[1]                                                     :
                                                               :  (Joint Administration Requested)
           Debtors.                                            :
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS (RULE 1007(a)(3))

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Restora Healthcare Holdings, LLC, as one of the above-captioned debtors and debtors in possession, hereby provides the following list of holders of membership interests:

| Name and Address of Interest Holder | % of Interests Held |
|---|---|
| HCCG, LLC<br>5910 N. Central Expressway, Suite 1000<br>Dallas, Texas 75206 | 81.63% |
| Rod Laughlin<br>2550 Northwinds Parkway, Suite 160<br>Alpharetta, Georgia 30009 | 9.99% |
| Greg Sassman<br>2550 Northwinds Parkway, Suite 160<br>Alpharetta, Georgia 30009 | 5.74% |
| George W. Dunaway<br>2550 Northwinds Parkway, Suite 160<br>Alpharetta, Georgia 30009 | 1.62% |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

EAST\67299329.1

| | |
|---|---|
| John Watkins<br>2550 Northwinds Parkway, Suite 160<br>Alpharetta, Georgia 30009 | 1.02% |

## DECLARATION UNDER PENALTY OF PERJURY
## CONCERNING LIST OF EQUITY SECURITY HOLDERS

I declare under the penalty of perjury that I have read the foregoing list of interest holders and that it is true and correct to the best of my information and belief.

Dated: February 24, 2014

Name: George W. Dunaway
Title:  Chief Financial Officer

EAST\67299329.1                                2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
RESTORA HEALTHCARE HOLDINGS, LLC, : Case No. 14-_____ ( )
et al.,[1]  :
: (Joint Administration Requested)
Debtors. :
---------------------------------------------------------------x

### CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, Restora Healthcare Holdings, LLC, as one of the above-captioned debtors and debtors in possession, hereby certifies that HCCG, LLC holds an 81.63% membership interest in Restora Healthcare Holdings, LLC.

### DECLARATION UNDER PENALTY OF PERJURY
### CONCERNING CORPORATE OWNERSHIP STATEMENT

I declare under the penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: February 24, 2014

By: _____
Name: George W. Dunaway
Title: Chief Financial Officer

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

EAST\67300719.1