## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RESTORA HEALTHCARE HOLDINGS, LLC, *et al.*,[1] | : | Case No. 14- 10367( ) |
|  | : |  |
|  | : | (Joint Administration Requested) |
| Debtors. | : |  |

----------------------------------------------------------------x

### NOTICE OF FILING OF CONSOLIDATED LIST OF CREDITORS

**PLEASE TAKE NOTICE** that on February 24, 2014, the above-captioned debtors and

debtors in possession (collectively, the "Debtors") each filed a petition in this Court for relief

under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 and, pursuant to

Rule 1007 of the Federal Rules of Bankruptcy Procedure and Rule 1007-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware, the Debtors filed the attached single consolidated list of creditors (the "Consolidated

Creditor List").

Dated: February 24, 2014
       Wilmington, Delaware

**DLA PIPER LLP (US)**

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
Daniel N. Brogan (DE 5723)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email:    Stuart.Brown@dlapiper.com
           Daniel.Brogan@dlapiper.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

-and-

Thomas R. Califano (*pro hac vice* admission pending)
Daniel G. Egan (*pro hac vice* admission pending)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
Email:  Thomas.Califano@dlapiper.com
       Daniel.Egan@dlapiper.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

21st Century Oncology of Arizona
Po Box 863571
Orlando, FL 32886-3571

Abbott Laboratories
Po Box 92679
Chicago, IL 60675

Abbott Nutrition
Suite 1310
75 Remittance Drive
Chicago, IL 60675

Accent
Po Box 952366
St Louis, MO 63195

Accord Financial
Gulf Coast Pharm Llc
Po Box 6704
Greenville, SC 95201

Accredo Health Group Inc
13408 Collections Center Drive
Chicago, IL 60693

Ace Asphalt of Arizona
Po Box 677450
Dallas, TX 75267-7450

Ace Express Inc
Po Box 10415
Glendale, AZ 85318

Ace Hardware
13850 Camino Del Sol
Sun City, AZ 85375

Acs Recovery Serv
31355 Oak Crest Dr
Suite 100
Westlake Village, CA 91361

Action Entrances Inc
Action Commercial
2010 E Unv Drive 21
Tempe, AZ 85281

Acuity Healthcare
Attn Ed Cooper  President and Ceo
10200 Mallard Creek Drive  Suite
Charlotte, NC 28262

Acuity Healthcare  Lp
10200 Mallard Creek Rd  Suite 300
Charlotte, NC 28262

Acuity Healthcare  Lp
10200 Mallard Crk Rd
Suite 300
Charlotte, NC 28262

Acute Nursing Solutions
1301 E University Dr
Suite 104
Tempe, AZ 85281

Adp  Inc
Attn A/R
12250 E Iliff Avenu
Aurora, CO 80014

Adp  Inc
One ADP Drive Ms 100
Augusta, GA 30909

Advantage On Call  Llc
7187 Solution Center
Chicago, IL 60677-7001

Aetna
Po Box 784836
Philadelphia, PA 19178

Age Glass Company
Poma Glass Special
Po Box 533101
Charlotte, NC 28290-3101

Airgas USA  Llc
Po Box 7423
Pasadena, CA 91109-7423

Airgas West  Inc
Po Box 7423
Pasadena, CA 91109-7423

Ajax Pumping Service
Po Box 5782
Glendale, AZ 85312-5782

Akdhc  Llc
File 749054
Los Angeles, CA 90074-9054

Akdhc  Llc
3003 N Central Ave
Suite 400
Phoenix, AZ 85012

Alco Sales Service Co
6851 High Grove Blvd
Burr Ridge, IL 60527

Ali Med  Inc
Po Box 9135
Dedham, MA 2026

---

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

All Copy Products  Inc
4141 Colorado Blvd
Denver, CO 80216

Allscripts
24630 Network Place
Chicago, IL 60673-1246

Altcs
801 E Jefferson Street  MD 1600
Phoenix, AZ 85034

Alvarez Marsal
600 Madison Avenue  8th Floor
New York, NY 10022

Amardeep Sodhi  Md
10222 W Coggins Dr
Sun City, AZ 85351

Ambu Inc
Po Box 347818
Pittsburgh, PA 15251-4818

America On Hold
3520 N 7th St
Phoenix, AZ 85014

American Board of Wound
1155 15th St  Nw
Suite 500
Washington, DC 20005

American Express
Po Box 650448
Dallas, TX 15265-0448

American Jetting Service
Of Arizona  Inc
Po Box 3674
Scottsdale, AZ 85271-3674

American Proficiency Inst
1159 Business Park Drive
Traverse City, MI 49686

American Realty Capital
Healthcare Trust Lp
Po Box 74969
Cleveland, OH 44194-4969

American Realty Corporation
C/O Arent Fox Llp
Attn Andrew Silfen
1675 Broadway

American Solution For Bus
8479 Solution Center
Chicago, IL 60677-8004

American Solutions
For Business
8479 Solution Center
Chicago, IL 60677-8004

Americhoice Refund
15354 Collection Ctr
Chicago, IL 60693

Amerisourcebergen Drug
Po Box 100565
Pasadena, CA 91189-0565

Amerisourcebergen Drug Corpora
1300 Morris Drive
Chesterbrook, PA 19087

Angiodynamics Inc
Po Box 1549
Albany, NY 12201-1549

Aofs
444 W Osborn Rd
Suite 200
Phoenix, AZ 85013

Apic
1275 K Street  Nw
Suite 1000
Washington, DC 20005-4006

Aps Electric Company
Po Box 2906
Phoenix, AZ 85062-2906

Aps Electric Company
Po Box 2907
Phoenix, AZ 85062-2907

Archive Systems  Inc
Po Box 200878
Pittsburgh, PA 15251

Arhc Rhmesaz01  Llc
C/O American Realty Capital
405 Park Avenue  15th Floor
New York, NY 10022

Arhc Rhsunaz01  Llc
C/O American Realty Capital
405 Park Avenue  15th Floor
New York, NY 10022

Arizona Action Paging
Po Box 26924
Phoenix, AZ 85068-6924

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the Debtors' privacy practices.

Arizona American Water Co
Po Box 7150
Pasadena, CA 91109-7150

Arizona Department of Revenue
Attn Legal Department/Bankruptcy
1600 West Monroe
Phoenix, AZ 85007-2650

Arizona Department of Revenue
PO Box 29086
Phoenix, AZ 85038-9086

Arizona Dept of Health Services
150 North 18th Avenue
Phoenix, AZ 85007

Arizona Dept Public Safety
Po Box 18390
Phoenix, AZ 85005-8390

Arizona Des/Ddd
Attn Carol Campos
Po Box 6123 SC 791a
Phoenix, AZ 85005

Arizona Event Rental
Michael Stubbs
8961 W Black Hill Rd
Peoria, AZ 85383

Arizona Health Care Assoc
Suite C102
1440 E Missouri Ave
Phoenix, AZ 85014

Arizona Heart Hospital
Lockbox 849805
Dallas, TX 75284-9805

Arizona Iceman
401 W Watkins Rd
Phoenix, AZ 85003

Arizona Iceman Inc
447 W Watkins Rd 3
Phoenix, AZ 85003

Arizona Internal Medicine
Po Box 28561
Scottsdale, AZ 85255-0159

Arizona Interpreting Service  Inc
4425 E Agave Rd 120
Phoenix, AZ 85044

Arizona Long Term Care Ombudsman
801 E Jefferson Street  MD 1600
Phoenix, AZ 85034

Arizona Physicians Ipa
Po Box 36260
Newark, NJ 7188

Arizona Radiation Regulatory Agency
4814 S 40th Street
Phoenix, AZ 85040

Arizona State Board Nurse
4747 N 7th Street
Suite 200
Phoenix, AZ 85014

Arizona State Board of Pharmacy
Po Box 18520
Phoenix, AZ 85005

Arizona State Phys Assoc
3030 N Central
Suite 1405
Phoenix, AZ 85012-2720

Arjohuntleigh Inc
Po Box 844746
Dallas, TX 75284-4746

Armstrong Medical Industries
Po Box 700
Lincolnshire, IL 60069-0700

Armstrong Medical Industries Inc
575 Knightsbridge Pk
Lincolnshire, IL 60069

Arrow International Inc
Po Box 60519
Charlotte, NC 28260

Arrowhead Hospital
Po Box 975251
Dallas, TX 75397-5251

Asap Bee Removal Llc
David Charlesworth
1202 W Campbell Ave
Phoenix, AZ 85013

Asap Healthcare Staff
Po Box 327
Williamsville, NY 14231

Asap Healthcare Staff Agc
18444 N 25th Ave
Suite 420
Phoenix, AZ 85023

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Ashish Sachdeva Md
Surraj Medical Assoc
14815 N Del Webb Bl
Sun City, AZ 85351

Assocated Radologsts Ltd
1125 E Southern Ave
Suite 200
Mesa, AZ 85204

Assurance Agency Ltd
Po Box 66056
Chicago, IL 60666-0056

Auto Glass Shop Llc
3230 E Broadway Rd
Suite C 130
Phoenix, AZ 85040

Avesis Insurance
Attn A/P
Po Box 53548
Phoenix, AZ 85072

Avesis Insurance Incorporated
Po Box 53548
Phoenix, AZ 85072-3548

Avesis Third Party Admin
Po Box 53548
Phoenix, AZ 85072-3548

Axis Insurance Company
Attn General Counsel
Po Box 4064
Huntington Beach, CA 92605-4064

Az D O R Unclaimed Prop
Po Box 29026
Phoenix, AZ 85038-9026

Az Dept Health Services
Med Facilities Lic
150 N 18th Ave 450
Phoenix, AZ 85007

Az Dept of Health Svcs
Div of Ltc License
150 N 18th Ave 440
Phoenix, AZ 85701

Az Dept of Public Safety
Billing Dept
Po Box 18390
Phoenix, AZ 85005

Az Secretary of State
1700 W Washington
7th Fl
Phoenix, AZ 85007

Az State Board Pharmacy
Po Box 18520
Phoenix, AZ 85005

B A S I C
2526 E Lee St
Tucson, AZ 85716

Banner Arizona Med Clinic
Po Box 29328
Phoenix, AZ 85038-9328

Banner Baywood Med Ctr
Po Box 2978
Phoenix, AZ 85062-2978

Banner Baywood Medical Center
6644 E Baywood Avenue
Mesa, AZ 85206

Banner Boswell Med Ctr
Po Box 29693
Phoenix, AZ 85038

Banner Del E Webb
Medical Center
Po Box 29693
Phoenix, AZ 85038

Banner Estrella
Medical Center
Po Box 2978
Phoenix, AZ 85062-2978

Banner Good Samaritan
Medical Center
Po Box 2978
Phoenix, AZ 85062

Banner Health Plans
445 West Fifth Place
Mesa, AZ 85201

Banner Hospital
Attn Dan Weinman
1441 N 12th St
Phoenix, Arizona 85006

Banner Medisun
Attn Reimb Serv
Po Box 1680
Mesa, AZ 85211

Banner Plan Admin
Po Box 16423
Mesa, AZ 85211

Banner Thunderbird
Medical Center
Po Box 2978
Phoenix, AZ 85062-2978

---

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Barnes Thornburg Llp
11 South Meridian Street
Indianapolis, IN 46204

Barnes Thornburg Llp
3475 Piedmont Road NE Suite 1700
Atlanta, GA 30305-2954

Baxter Healthcare Corp
Po Box 100714
Pasadena, CA 91189

Bentley Data Solutions
2432 Summerwood Dr
Layton, UT 84040

Beyer Law Llc
Attn Marty Beyer
204 South Ludlow St  Suite 204
Dayton, OH 45402

Bhp Usa Inc
Po Box 1808
Grapevine, TX 76099

Black Jack Pest Control
Po Box 6994
Chandler, AZ 85246

Bodies of Learning Llc
Gerald Albert Gerard
635 E Fairview St
Gilbert, AZ 85295

Bonnett Fairbourn Fried
2325 E Camelback Rd
Suite 300
Phoenix, AZ 85016

Boston Scientific Corp
One Boston
Scientific Place
Natick, MA 01760

Boston Scientific Corp
Po Box 951653
Dallas, TX 75395-1653

Brady Industries
4422 S 38th Pl
Phoenix, AZ 85040

Bre/Coh Ga  Llc
Po Box 535650
Atlanta, GA 30353-5650

Briggs Corp
Billing Dept
Po Box 1355
Des Moines, IA 50305-1355

Briggs Corporation
Po Box 1355
Des Moines, IA 50305-1355

Broad Street Solutions
Po Box 16557
San Diego, CA 92176

Browns Partmaster  Inc
7280 N Glen Harbor B 101
Glendale, AZ 85307-2806

Byassee Equipment Co
1939 E Washington
Phoenix, AZ 85034

C I Show Hardware Security
1209 N Stadem Drive
Tempe, AZ 85281

C I Show Hrdwre Sec
1209 N Stadem Drive
Tempe, AZ 85281

C Pec Inc
Billing Dept
3120 W Weldon Ave
Phoenix, AZ 85017

C Scan Technologies Inc
Po Box 87239
Phoenix, AZ 85080

Canfield Funding Llc
Millennium Funding
1775 Wehrle Drive
Williamsville, NY 14221

Cannon Associates  Llc
3030 N Rocky Pt Dr
Tampa, FL 33607

Canon Financial Svcs  Inc
14904 Collections Center Drive
Chicago, IL 60693

Canvas It  Llc
6120 Windward Parkway  Suite 165
Alpharetta, GA 30005

Capital One Bank
Attn Shane Passarelli  Svp
1680 Capital One Drive
Mc Lean, VA 22102

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the Debtors' privacy practices.

Capitol Services
Po Box 1831
Austin, TX 78767

Cardinal Health Inc
7000 Cardinal Place
Dublin, OH 43017

Care First
Po Box 2355
Suite 300
Phoenix, AZ 85016

Care First Health Plan
2355 E Camelback Rd
Suite 300
Phoenix Az, 85016

Carefusion 203 Inc
Pulmonetic Systems
23578 Network Place
Chicago, IL 60673-1235

Carefusion 2200 Inc
25146 Network Place
Chicago, IL 60673-1250

Carstens Inc
Po Box 99110
Chicago, IL 60693

Cbeyond
Po Box 406815
Atlanta, GA 30384-6815

Cbiz Mhm Llc
3101 N Central Ave
Suite 300
Phoenix, AZ 85012

Cbiz Mhm Llc
File 50034
Los Angeles, CA 90074-0034

Cdp Commercial Llc
3276 East Oakland St
Gilbert, AZ 85295

Celleration Inc
Dept Ch 19325
Palatine, IL 60055

Centers For Medicare Medicaid Services
Attn General Counsel
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Centurylink
Po Box 29040
Phoenix, AZ 85038-9040

Cglic Phoenix Easc
5476 Collection Center Drive
Chicago, IL 60693

Chandler Regional Medical
Dignity Health
475 S Dobson Rd
Chandler, AZ 85224-5605

Channing Bete Company
Po Box 3538
South Deerfield, MA 13733-538

Chg Cornerstone Management Ll
Attn David Smith
C/O Cornerstone Healthcare Grp I
2200 Ross Avenue  Suite 5400

Cigna Medicare Services
Attn Refunds
11001 N Black Canyon
Phoenix, AZ 85029

City of Alpharetta
Po Box 349
Alpharetta, GA 30009-0349

City of Mesa  Permits
Po Box 1466
Mesa, AZ 85211-1466

City of Mesa   Water
Billing Dept
Po Box 1878
Mesa, AZ 85211

City of Mesa  Az
Tax Licensing Office
Po Box 1466
Mesa, AZ 85211-1466

City of Mesa Water
Po Box 1878
Mesa, AZ 85211-1878

Clean Technologies Inc
805 W Highland St
Chandler, AZ 85225

Clia Laboratory Program
Po Box 530882
Atlanta, GA 30353-0882

Clia Laboratory Program
Po Box 70948
Charlotte, NC 28272-0948

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Cmg Medical Llc
11627 N 12th Place
Phoenix, AZ 85020

Cmi Education Institute
Pesi Healthcare
Po Box 900
Eau Claire, WI 54702-0900

Cmsa Az
Po Box 64041
Phoenix, AZ 85082

Cobalt Medical Development
Attn Richard Fiske  Ceo
5323 Spring Valley Road  Suite 140
Dallas, TX 75254

Cody Enterprises  Llc
807 E Desert Park Ln
Phoenix, AZ 85020

Coker Capital Advisors
2400 Lakeview Parkway
Suite 400
Alpharetta, GA 30022

Coker Capital Advisors
2400 Lakeview Parkway
Suite 4000
Alpharetta, GA 30022

Coker Capital Securities  Llc
2400 Lakeview Parkway  Suite 400
Alpharetta, GA 30022

Cola  Inc
9881 Broken Land Pkw
Suite 200
Columbia, MD 21046

Collect Rx  Inc
416 Hungerford Dr
Suite 435
Rockville, MD 20850

Columbia Casualty Company
Attn General Counsel
333 South Wabash Avenue
Chicago, IL 60604

Columbia Scientific  Llc
420 NW 11th Avenue
Suite 617
Portland, OR 97209

Com Tec Printing Graph
2219 E University Dr
Phoenix, AZ 85034

Comcast
Po Box 530099
Atlanta, GA 30353-0099

Commercial Refrig Srvs
Suite 39
2501 W Behrend Drive
Phoenix, AZ 85027

Concentra Medical Centers
Suite 150
1818 E Sky Harbr Cir
Phoenix, AZ 85034

Concentric Healthcare
4250 N Drinkwater Blvd  Suite 165
Scottsdale, AZ 85395

Continental Casualty Company
Attn General Counsel
333 South Wabash Avenue
Chicago, IL 60604

Cook Medical  Inc
22988 Network Place
Chicago, IL 60673

Coopers Sewer Drain
Billing Dept
1256 E Baseline
Apache Jct, AZ 85119

Coppersmith Schermer Brockelma
2800 North Central Avenue  Suite
Phoenix, AZ 85004

Corbins Electric
4829 South 38th St
Phoenix, AZ 85040

Cornerstone Healthcare
Attn David Smith  Ceo Jake Berry Advisor
1701 Westechester Drive  Suite 850
High Point, NC 27262

Cornerstone Healthcare Group Ho
Attn David Smith
2200 Ross Avenue  Suite 5400
Dallas, TX 75201

Covidien Lp
Tyco Healthcare
15 Hampshire St
Mansfield, MA 2048

Cox Communications
Po Box 53249
Phoenix, AZ 85072-3249

Cox Communications
Po Box 78071
Phoenix, AZ 85062-8071

---

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Cps  Inc
723 First Street
Lasalle, IL 61301

Crandall Associates
Billing Dept
Po Box 31060
Mesa, AZ 85275-1060

Crest Healthcare Supply
PO Box 727
195 South Third St
Dassel, MN 55325-0727

Crest Healthcare Supply
Po Box 727
Dassel, MN 55325-0727

Cross Country Education
Po Box 200
Brentwood, TN 37024

Csc Electric Llc
7815 W Cherry Hills
Peoria, AZ 85345

Ct Corporation System
Po Box 4349
Carol Stream, IL 60197-4349

Curaspan Health Group  Inc
Department 952869
Atlanta, GA 31192-2869

Curaspan Health Group  Inc
Dept 2869
Po Box 122869
Dallas, TX 75312-2869

Dave Downing Associates
Div of Dl Sales Crp
130 N 39th Avenue
Phoenix, AZ 85009

Delaware Bureau of Unclaimed Property
Po Box 8931
Wilmington, DE 19899

Delaware Division of Revenue
Division of Revenue/Bankruptcy S
Attn Zillah A Frampton
Carvel State Office Building  8th I

Delaware Secretary State
Div of Corporations
Po Box 5509
Binghamton, NY 13902-5509

Dennys TV Appliance
13211 N 111th Ave
Sun City, AZ 85351

Department of Revenue
Unclaimed Property Unit
Po Box 29026
Phoenix, AZ 85038-9026

Dependable Med Trans Srvs
2237 N 36th Street
Phoenix, AZ 85008

Desert Canyon Cc
Attn Recovery Claim
Po Box 4946
Covina, CA 91723

Desert Mirage Surgery Cnt
Po Box 269092
Oklahoma City, OK 73126

Desert Vascular
2204 S Dobson Road
Suite 204
Mesa, AZ 85202-6457

Diamond Mechanical Inc
3820 W Happy Valley Road
Suite 141 Pmb 506
Glendale, AZ 85310

Dickson Company
930 S Westwood Ave
Addison, IL 60101

Direct Supply Inc
Po Box 88201
Milwaukee, WI 53288

DirecTV
Po Box 60036
Los Angeles, CA 90060-0036

Discovery Profiling Inc
4627 E Dale Lane
Cave Creek, AZ 85331

District of Columbia
Office of the Attorney General
441 4th Street  Nw
Washington, DC 20001

Division of Unemployment Ins
Department of Labor
4425 N Market Street
Wilmington, DE 19802

Dla Piper  Llc
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Downey  Linda Dr
2900 W Kickinghorse
Chino Valley, AZ 86323

Dunn Edwards Corp
4885 E 52nd Place
Los Angeles, CA 90058-5507

Dva Renal Healthcare  Inc
C/O Winsten Law Group
Attn Michael S Winsten
27201 Puerta Real  Suite 140

Dynamics of Healthcare
13307 W Jacobson Dr
Litchfield Park, AZ 85340

Ecolab
Po Box 100512
Pasadena, CA 91189-0512

Efficiency Mechncl II Inc
Po Box 718
Gilbert, AZ 85299

Element Financial Corp
Service Center
Po Box 51657
Los Angeles, CA 90051-5957

Emdeon Business Services
Po Box 572490
Murray, UT 84157-2490

Emedco  Inc
39209 Treasury Ctr
Chicago, IL 60694-9200

Emery Law Firm  P C
309 Salazar Rd
Taos, NM 87571

Employers Council Svcs
Po Box 539
Denver, CO 80201-0539

Encompass Textiles
Dept 40254
Po Box 740209
Atlanta, GA 30374-0209

Entech
7300 West Detroit St
Chandler, AZ 85226

Entech Medical Corp
1910 D Street
La Verne, CA 91750

Environmental Testng Bal
2432 W Peoria
Suite 1170
Phoenix, AZ 85029

Epcor Water
Po Box 80036
Prescott, AZ 86304-8036

Etb Az  Llc
11422 N 50th Ave
Glendale, AZ 85304

Everbank Commercial
Finance  Inc
Dept 1608
Denver, CO 80291-1608

Evercare Uhc Comm Pn
Recovery Serv
Po Box 740804
Atlanta, GA 30374

Fancy Footwork Podiatry
Po Box 20490
Mesa, AZ 85277-0490

Federal Communications Commis
Office of the General Counsel
Attn Sean Lev  Esq
445 12th Street  S W

Fedex
Po Box 660481
Dallas, TX 75266-0481

Fedex
Po Box 7221
Pasadena, CA 91109-7321

Fellowship Square
6945 East Main Stre
Mesa, AZ 85207

Fenwal Inc
Dept Ch 17924
Palatine, IL 60055-7924

Firmco Medical Inc
4700 South State
Salt Lake City, UT 84107

Firmco Medical Inc
Po Box 57588
Salt Lake City, UT 84157-0588

---

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

First Edge Solutions Inc
544 S 1st St
Milwaukee, IL 53204

First Insurance Funding
450 Skokie Blvd  Suite 100
PO Box 3306
Northbrook, IL 60065-3306

First Insurance Funding
450 Skokie Boulevard  Suite 1000
Po Box 3306
Northbrook, IL 60065-3306

Flagstaff Financial
1000 N Plaza Drive  Suite 610
Schaumberg, IL 60173

Flagstaff Financial Inc
Attn A/R
1000 N Plaza Drive 610
Schaumburg, IL 60173

Flexprint  Inc
2845 N Omaha St
Mesa, AZ 85215

Frazee Industries Inc
Dept 2510
Los Angeles, CA 90084-2510

Freedom Medical  Inc
Po Box 822704
Philadelphia, PA 19182-2704

Freedom Medical Inc
Attn Neil Eisenberg
PO Box 822704
Philadelphia, PA 19182

Fulton County Tax Commissioner
Attn Arthur E Ferdinand
141 Pryor Street
Atlanta, GA 30303

Future Health Concepts
1211 E 30th Street
Sanford, FL 32773

Galinis Automatics Inc
8608 W Williams Rd
Peoria, AZ 85383

Georgia Department of Revenue
1800 Century Blvd  Room 7100
Atlanta, GA 30345

Georgia Department of Revenue
Unclaimed Property Program
4125 Welcome All Rd  Suite 701
Atlanta, GA 30349

Geripro  Inc
14637 N Cave Creek R
Phoenix, AZ 85022

Golden Rule
7083 Grand Natl Dr
Suite 104
Orlando, FL 32819

Gos Llc
Po Box 84230
Phoenix, AZ 85071

Grainger
Billing Dept
Dept 836310987
Palatine, IL 60038-001

Grainger
Dept 875819096
Po Box 419267
Kansas City, MO 64141

Grayhawk Produce Sales
111 E Maricopa Frwy
Phoenix, AZ 85004

Gulf Coast Shippers Lp
Unishippers
3337 N Hullen St 300
Metairie, LA 70002

H H Orthopedics Llc
1555 E Elmwood Circle
Mesa, AZ 85203

Hallett Perrin  P C
1445 Ross Avenue  Suite 2400
Dallas, TX 75202

Handy Freds Hardware Inc
7125 East Main St
Mesa, AZ 85207

Hanger Prosthetics Orthotics
Po Box 25549
Phoenix, AZ 85002

Harbor Linen  Llc
Po Box 3510
Cherry Hill, NJ 8034

Harmony Healthcare Int
430 Boston Street
Suite 104
Topsfield, MA 1983

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Harris Mechanical Sw
2225 W Parkside Ln
Phoenix, AZ 85027

Hc Pro Inc
Po Box 3049
Peabody, MA 01961

Hccg Llc
5910 N Central Expwy
Suite 1000
Dallas, TX 75206

Hci Resources
2555 W Fairview St
Suite 104
Chandler, AZ 85224

Hcpro Inc
Po Box 3049
Peabody, MA 19613-049

Hd Supply Facilities Maint Ltd
Po Box 509058
San Diego, CA 92150

Hd Supply Facilities Mgmt
Po Box 509058
San Diego, CA 92150-9058

Health Care Interior Res
2555 W Fairview St
Suite 104
Chandler, AZ 85224-4708

Health Care Logistics Inc
Po Box 400
Circleville, OH 43113-0400

Health Care Systems Inc
5755 Carmichael Parkway
Montgomery, AL 36117

Health Net Life Insurance Co
Po Box 70061
Los Angeles, CA 90074-0061

Health Net of Arizona Inc
Po Box 70050
Los Angeles, CA 90074-0061

Health Temp
6402 E Superstition
Springs Blvd 203
Mesa, AZ 85206

Healthcap
5910 North Central Expressway Suite 1000
Dallas, TX 75206

Healthcap Partners Llc
5910 N Central Expressway 1000
Dallas, TX 75206

Healthcare Finance Group
Attn Alan G Regdos Ii  Senior V P
Head of Underwriting Portfolio Mgmt
525 N Tryon Street  Suite 1700

Healthcare Finance Group
Attn Alan G Regdos Ii  Senior V P
Head of Underwriting Portfolio Mgmt
199 Water St   31st Floor

Healthcare Finance Group
C/O Kaye Scholer
Attn Benjamin Mitz
425 Park Avenue

Healthcare Finance Group
C/O Kaye Scholer
Attn Terri Novetsky
425 Park Avenue

Healthcare Finance Group  Llc
199 Water Street  31st Floor
New York, NY 10038

Healthcare Systems Srvs
Po Box 5880
Peoria, AZ 85385-5880

Healthland
Dept Ch 17945
Palatine, IL 60055-7945

Healthland E D I
Online Edi
Dept Ch 17945
Palatine, IL 60055

Healthnet
Attn Holly S
Po Box 749801
Los Angeles, CA 90074

Hearthstone Hospital  Sun City  Llc
C/O Lewis and Roca Llp
40 North Central Avenue
Suite 1900

Hearthstone Hospital  Sun City  Llc
C/O Unispec Facilities Management
4440 N Civic Center Place
Scottsdale, AZ 85251

Heather Cox
9422 E Broadway Road
Suite A304
Mesa, AZ 85208

Footnote(s):

1 Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Hfd Services Llc
82515 Roswell Road
Building 100
Atlanta, GA 30350

High Peaks
Po Box 7150
Phoenix, AZ 85011

High Peaks Water Svc Inc
Po Box 7150
Phoenix, AZ 85011-7150

Highland Tank Mfg Co
Po Box 347757
Pittsburgh, PA 15251-4757

Hill Rom Company  Inc
Po Box 643592
Pittsburgh, PA 15264-3592

Hinrichs Consulting
Attn Jeffrey J Hinrichs
11122 E Quade Ave
Mesa, AZ 85212

Hinrichs Consulting Llc
7205 E Superstition
Springs Blvd 2163
Mesa, AZ 85208

Hiscox Insurance Company
Attn General Counsel
711 Westchester Avenue  Suite 402
White Plains, NY 10604

Home Depot Credit Srvs
Dept 322503590956
Po Box 183176
Columbus, OH 43218-3176

Hospira Worldwide Inc
75 Remittance Dr
Suite 6136
Chicago, IL 60675-6136

Hospital Mgmt Solutions
8511 Cedar Hollow Ln
Huntersville, NC 28078

Hospitalist of Arizona
Po Box 92284
Los Angeles, CA 90009

Hsc Property Llc
4440 N Civic Ctr Pl
Scottsdale, AZ 85251

Humana  Inc
Po Box 931655
Atlanta, GA 31193

Huntleigh Healthcare Llc
Po Box 844746
Dallas, TX 75284-4746

Iit/Sourcetech
5400 Patton Drive
Suite 2a
Lisle, IL 60532

Infusystem
62089 Collections Ce
Chicago, IL 60693-0620

Infusystem
878 N Jan Mar Court
Olathe, KS 66061

Ingenix  Inc
Optuminsight
Po Box 88050
Chicago, IL 60680-1050

Inhouse Techies Inc
13416 N 32nd St
Suite 103
Phoenix, AZ 85032

Integrated Healthcare Az
4380 SW Macadam Ave
Suite 530
Portland, OR 97239

Integrated Med Sys Intl
Po Box 2725
Columbus, GA 31901-2725

Integro  Usa
3455 Peachtree Road  NE Suite 1600
Atlanta, GA 30326

Integro USA Inc
Po Box 281867
Atlanta, GA 30384-1867

Intermetro Industries Co
Metro
Po Box 93730
Chicago, IL 60673-3730

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Intertech Computer Prod
5225 S 39th Street
Phoenix, AZ 85040

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Iod Incorporated
Po Box 19025
Green Nay, WI 54307-9025

Ivans Inc
Po Box 850001
Orlando, FL 32885-0033

Jackson Nurse Professionals  Ltd
Po Box 404118
Atlanta, GA 30384-4118

Jet Medical Electrncs Inc
2230 S Depont Dr
Anaheim, CA 92806

Jobing Com
Po Box 29386
Phoenix, AZ 85038-9386

Jsd Management Inc
Attn Ken Alan
1283 College Park Drive
Dover, DE 19904

Jugroop S Brar  Md
7908 W Villalindo Dr
Peoria, AZ 85383

Kan Di Ki  Llc
Diagnostic Labs
2820 N Ontario St
Burbank, CA 91504-2015

Karbec Financial Consulta
Po Box 1162
Avondale, AZ 85323

Kci USA  Inc
Po Box 301557
Dallas, TX 75303

Kevin Campbell Signs
3137 W Virginia Ave
Suite 5
Phoenix, AZ 85009

Kforce Inc
And Subsidiaries
Po Box 277997
Atlanta, GA 30384-7997

King Spalding Llp
Attn Paul K Ferdinands  Esq
1180 Peachtree Street
Atlanta, GA 30309

King Systems Corporation
15011 Herriman Blvd
Noblesville, IN 46060

Kody Medical Pc
Attn Dr Mathurin
11627 N 12th Place
Phoenix, AZ 85020

Lab Safety Supply  Inc
Po Box 5004
Jamesville, WI 53547

Laundry Cleaners Equip
402 S 50th St
Phoenix, AZ 85034

Lewis and Roca Llp
Attn Scott Dewald  Esq
40 North Central Avenue
Suite 1900

Life Safety Solutions
15711 W Lonesome Ln
Gilbert, AZ 85298

Life Safety Solutions Llc
4801 E Mckellips Rd
Suite 104
Mesa, AZ 85201

Lifecare Holdings
Attn Phillip Douglas
5340 Legacy Drive
Suite 150  Building 4

Lifestar Ambulette Inc
Po Box 67058
Phoenix, AZ 85082

Lighting Maint Solution
Po Box 42440
Towson, MD 21284

Loftin Equipment Company
Po Box 10376
Phoenix, AZ 85064

Lolita Stubbs
C/O Mcallister Law Firm  P C
Attn Michael Mcallister
17505 N 79th Avenue  Suite 212

Mallinckrodt  Llc
Po Box 730356
Dallas, TX 75373-0356

Maricopa County
501 N 44th Street
Phoenix, AZ 85008

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Maricopa County Assessor
301 W Jefferson Street
Phoenix, AZ 85003-2196

Maricopa County Env Svc
Suite 100
1001 N Center Ave
Phoenix, AZ 85004

Maricopa County Treasurer
Po Box 52133
Phoenix, AZ 85072-2133

Maricopa County Treasurer Office
Attn Charles Hoskins
301 West Jefferson  Suite 100
Phoenix, AZ 85003

Maricopa Health System
2619 E Pierce St
Ast Fl
Phoenix, AZ 85008-6092

Marlin Leasing Corp
300 Fellowship Road
Mt Laurel, NJ 8054

Mcallister Law Firm  P C
Attn Michael Mcallister
17505 N 79th Avenue  Suite 212
Glendale, Az 85308

Mcesd Business Svc Div
1001 N Central Ave
Suite 100
Phoenix, AZ 85004

Mckesson Plasma Bio Llc
16578 Collections Center Drive
Chicago, IL 60693

Mclan Electronics
1339 Wooddell Drive
Jackson, MS 39212

Mdi Achieve
Billing Dept
7690 Golden Triangle
Eden Prairie, MN 55344

Mdi Achieve
Sds 12 2905
Po Box 86
Minneapolis, MN 55486

Med Dispense  L P
Suite 240
6250 Shiloh Road
Alpharetta, GA 30005

Med Ed Inc
1911 Charlotte Dr
Charlotte, NC 28203

Med One Capital Fund
Po Box 271128
Salt Lake City, UT 84127

Med One Capital Funding  Llc
10712 S 1300 E
Sandy, UT 84094

Med Pass Inc
Billing Dept
10800 Industry Lane
Miamisburg, OH 45342

Medical Electronics  Inc
1525 E Edinger Ave
Santa Ana, CA 92705

Medical Gas Services Inc
1733 W Parkside Lane
Suite B
Phoenix, AZ 85027

Medical Technology Assoc
6840 Cross Bayou Dr
Largo, FL 33777

Medivators Inc
Nw 9841
Po Box 1450
Minneapolis, MN 55447

Medline Industries
Dept LA 21558
Pasadena, CA 91185

Medone Healthcare  Llc
Po Box 24757
Tempe, AZ 85285

Medservice Repair Inc
1234 Allanson Road
Mundelein, IL 60060

Merchants Information Solutions  Inc
Po Box 848756
Los Angeles, CA 90084-8756

Merchants Informtaion
Solutions Inc
Los Angeles, CA 90084-8756

Mercy Care Acute
4350 E Cotton Ctr
Bldg D
Phoenix, AZ 85040

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Mercy Care Advantage
4350 E Cotton Ctr
Bldg D
Phoenix, AZ 85040

Mercy Care Plan
4350 E Cotton Ctr Blvd
Bldg D
Phoenix, AZ 85040

Mercy Care Plan
Attn Finance Neg Bal
4350 E Cotton Ctr D
Phoenix, AZ 85040

Merit Medical Systems Inc
Po Box 951129
South Jordan, UT 84095

Mesa City Ll East Llc
5910 N Central Expressway  Suite 1000
Dallas, TX 75206

Mesa City Ll East Llc
5910 N Central Expressway 1000
Dallas, TX 75206

Metro
Intermetro Ind Corp
Po Box 93730
Chicago, IL 60673-3730

Mga Hlthcare Staffing Inc
2800 North 44th St 600
Phoenix, AZ 85008

Microage
Frontier Technology
Po Box 2941
Phoenix, AZ 85062-2941

Microsoft Corporation
Po Box 842103
Dallas, TX 75282-2103

Midwest Business Systems
Po Box 270655
St Louis, MO 63127

Millennuim Funding
C/O Gurstel Chargo Pa
Attn Andrew Westle
9320 East Raintree Drive

Mindray Ds USA Inc
24312 Network Pl
Chicago, IL 60673-1243

Mobile Force Llc
Mobile Force Refuel
Po Box 3645
Gilbert, AZ 85299

Monarch Labs Llc
17875 Sky Park Cir
Suite K
Irvine, CA 92814

Montgomery Coscia Greilich Llp
2500 Dallas Parkway  Suite 300
Plano, TX 75093

Motor Vehicle Division
Az Dept of Transport
4005 N 51st Ave
Phoenix, AZ 85031-2688

Msec  Inc
Po Box 539
Denver, CO 80201-0539

Murer Consultants  Inc
58 N Chicago Street  7th Floor
Joliet, IL 60432

Murer Consultants  Inc
58 North Chicago Street  7th Floor
Joliet, IL 60432

Mutual of Omaha
Po Box 2147
Omaha, NE 68103-2147

Mutual of Omaha
Pymt Processing Ctr
Po Box 2147
Omaha, NE 68103-2147

Mvp Healthcare
B Whitmore  Rec Dpt
220 Alexander St 4fl
Rochester, NY 14607

National Fire Insurance Co of Har
Attn General Counsel
333 South Wabash Avenue
Chicago, IL 60604

Navex Global Inc
Po Box 60941
Charlotte, NC 28260-0941

Navilyst Medical Inc
Po Box 6793
Church St Station
New York, NY 10249-6793

Nec Financial Services  Llc
250 Pehle Avenue
Saddle Brook, NJ 07663

---

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Nec Financial Svcs  Llc
250 Pehle Ave
Suite 309
Saddle Brook, NJ 7663

Neurosurgical Assoc Ltd
3030 N Central Ave 407
Phoenix, AZ 85013

Nextcare Urgent Care
Suite 303
2550 No Thunderbird
Mesa, AZ 85215-1219

Nfpa
Po Box 9689
Manchester, NH 3108

Noridian Admin Services
Parta Provider Audit
Po Box 6730
Fargo, ND 58108

Northern Chemical Co
Po Box 2837
Glendale, AZ 85311

Northfield Medical Llc
Northfield Repair
2882 Momentum Place
Chicago, IL 60689-5328

Nursecore Mgmt Svcs Llc
Nursecore of Phoenix
Po Box 201925
Arlington, TX 76006

Ocfo
Unclaimed Property Claims Sectio
1350 Pennsylvania Avenue  Nw
Suite 203

Office Depot
Po Box 633211
Cincinnati, OH 45263-3211

Office Depot
Po Box 70025
Los Angeles, CA 90074

Office of Finance and Treasury
Unclaimed Property Unit
John A Wilson Building
1350 Pennsylvania Avenue  Nw

Office of the United States Trustee
844 King Street  Suite 2207
Lockbox 35
Wilmington, DE 19801

Olympus America Inc
Po Box 120600
Dept 0600
Dallas, TX 75312-0600

Omnicare Phoenix Llc
Po Box 715268
Columbus, OH 43271-5268

Oneil Concept Group  Inc
7387 West Villa
Lindo Drive
Peoria, AZ 85383

Ontario Refrigeration Services
635 S Mountain Ave
Ontario, CA 91762

Organogenesis  Inc
Po Box 842958
Boston, MA 22842-958

Oriental Trading Company
Otc Direct
Po Box 790403
St Louis, MO 63179-0403

Owens Minor
File No 53523
Los Angeles, CA 90074-3523

Owens Minor Distrib Inc
File No 53523
Los Angeles, CA 90074

Pacific Biomedical
3140 Gold Camp Drive
Suite 90
Rancho Cordova, CA 95670

Paladin Healthcare Capital
Attn Joel Freedman  President
2121 Rosecrans Avenue  Suite 2320
El Segundo, CA 90245

Parks Sons of Sun City
Po Box 1158
Sun City, AZ 85372

Patient Telephone Supply
Po Box 84372
Baton Rouge, LA 70884-4372

Patterson Medical Supply
Po Box 93040
Chicago, IL 60673-3040

Paytech Inc
8400 E Prentice Ave
Suite 1400
Greenwood Village Co, 80111

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
Attn M Katie Burgess
1200 K Street N W

Pharmacare
4244 E Gleneagle Dr
Chandler, AZ 85249

Pharmacare Services
211 N Loop 1604 East Suite 250
San Antonio, TX 78232

Phillips Medical Systems
Po Box 100355
Atlanta, GA 30384

Phoenix Baptist Hospital
Abrazo Health Care
8620 N 22nd Ave 200
Phoenix, AZ 85021

Phoenix Medical Group Pc
Robert Orr Do
Po Box 52682
Phoenix, AZ 85072

Phoenix Metro Acutes
Po Box 749959
Los Angeles, CA 90074

Phoenix Plumbing Drain
28248 N Tatum B 1
Pmb 433
Cave Creek, AZ 85331

Phoenix Plumbing Drain
28248 N Tatum Blvd
Bi 433
Cave Creek, AZ 85331

Phoenix Pumps Inc
3552 E Corona Ave
Phoenix, AZ 85040

Pima Health System
Pivirotte  Adm Ceo
3950 S Country Club
Tuscan, AZ 85714

Pioneer Hospitalists Pllc
Po Box 7540
Chandler, AZ 85246-7540

Pitney Bowes Global
Financial Svcs  Llc
Po Box 371887
Pittsburg, PA 15250-7887

Pitney Bowes Inc
Po Box 371896
Pittsburgh, PA 15250-7896

Pitney Bowes Purch Power
Po Box 856042
Louisville, KY 40285-6042

Pm Plumbing Mechanical
660 E Main Street
Mesa, AZ 85203

Pmt Ambulance
R/M Arizona Holdings
Po Box 52214
Phoenix, AZ 85072-2214

Portable Imaging of Az
5538 West Duncan
Las Vegas, NV 89130-2812

Portable X Ray
5538 W Duncan
Las Vegas, NV 89130

Portable X Ray of Az
5538 W Duncan Drive
Las Vegas, NV 89130

Power Plus
1210 N Red Gum St
Anaheim, CA 92806

Precision Dynamics Corp
4139 Solutions Cntr
Lockbox No 774193
Chicago, IL 60677-4001

Premier Healthcare Svcs
707 Wilshire Blvd
Suite 4350
Los Angeles, CA 90017

Prime Alliance Bank
1868 South 500 West
Woods Cross, UT 84087

Principal Life
Po Box 14416
Dept 900
Des Moines, IA 50306-3416

Prista Corporation
3702 Clendenin Court
Austin, TX 78732

Professnl Medcal Transprt
Po Box 52214
Phoenix, AZ 85072

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Promise Healthcare
Attn Brian Dunn  Senior Vp Hospital Ops
999 Yamato Road  Third Floor
Boca Raton, FL 33431

Prosoft Systems  Inc
Medantex
Po Box 504782
St Louis, MO 63150-4782

Protection One
Po Box 5714
Carol Stream, IL 60197-5714

Provantage Llc
7249 Whipple Ave
North Canton, OH 44720

Pulmonary Consultants
Attn Andrew Sulit
PO Box 6003
Mesa, AZ 85216

Pulmonary Consultants  Pc
Po Box 6003
Mesa, AZ 85216

Purchase Power
Pitney Bowes Bankinc
Po Box 371874
Pittsburgh, PA 15250-7874

Quality Medical Imaging
2490 Professional Court  110
Las Vegas, NV 89128

Quality Staffing Svcs Llc
1500 E Bethany Home Road
Suite 140
Pheonix, AZ 85014

Quality Transport
2323 E Magnolia St
Suite 112
Phoenix, AZ 85034

Quicksilver Exp Courier
Po Box 64417
St Paul, MN 55164-0417

Quicksilver Express
Po Box 64417
St Paul, MN 55164-0417

Rd Staffing
Attn Mike Johnson
1425 S University
Little Rock, AR 72204

Recover Care  Llc
Key Bank Lb 713222
895 Central Ave 600
Cincinnati, OH 45202

Red Devil Italian Restaurant
3102 E Mcdowell Rd
Phoenix, AZ 85008

Red River Health Care Mgmt CO Llc
4018 Old Jeanerette
New Iberia, LA 70563

Reddy Gi Assoc  Pllc
9681 N 56th Street
Paradise Valley, AZ 85253

Rehab Plus Therapy Llc
4201 East Thomas Rd
Phoenix, AZ 85018

Reliable Refrigeration Services  Inc
913 E Juanita Ave
Mesa, AZ 85204-6622

Renal Treatment Centers West
225 E Germann Road  Suite 150
Gilbert, AZ 85297

Renal Treatment Ctrs West
Po Box 403008
Atlanta, GA 30384-3008

Renaud Cook Drury Mesaros  Pa
Attn James L Blair
One North Central  Suite 900
Phoenix, Az 85004

Republic Bank
1560 S Renaissance Towne Drive 260
Bountiful, UT 84010

Reserve Account
Po Box 223648
Pittsburgh, PA 15250-2648

Residential Lock Sec Co
12246 N 111th Ave
Youngtown, AZ 85363

Restora Employee Fund  Llc
2550 Northwinds Parkway  Suite 160
Alpharetta, GA 30009

Restora Healthcare Holdings  Llc
2550 Northwinds Parkway  Suite 1
Alpharetta, GA 30009

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Restora Hospital of Mesa Llc
2550 Northwinds Parkway  Suite 160
Alpharetta, GA 30009

Restora Hospital of Sun City Llc
2550 Northwinds Parkway  Suite 160
Alpharetta, GA 30009

Roof Az
John Mueller Llc
6043 W Cielo Grande
Glendale, AZ 85310

Rx Formulations
5949 E University Dr
Mesa, AZ 85205

Sacred Heart Nursing Svcs
3418 E Indian School Road
Phoenix, AZ 85018

Safeguard
Po Box 5870
Scottsdale, AZ 85261-5870

Safeway Inc
Po Box 840210
Dallas, TX 75284-0210

Scf Premier Insurance Co
Po Box 36070
Phoenix, AZ 85067

Scf Western Insurance Company
Attn General Counsel
3030 N 3rd Street
Phoenix, AZ 85012-3009

Seabright Insurance Co
Lockbox 744268
4268 Solutions Ctr
Chicago, IL 60677-4002

Secretary of State
Division of Corporations
Franchise Tax
Po Box 898

Secretary of Treasury
820 Silver Lake Boulevard  Suite
Dover, DE 19904

Secure Dental
Po Box 29697
Phoenix, AZ 85038-9697

Securecare Dental
Po Box 29697
Phoenix, AZ 85038-9697

Securities Exchange Commission
New York Regional Office
Attn Andrew M Calamari  Esq
3 World Financial Center  Suite 4(

Securities Exchange Commission
Office of the General Counsel
Attn Michael A Berman  Esq
100 F Street  N E

Securities Exchange Commission
Philadelphia Regional Office
Attn Daniel M Hawke  Regional Director
701 Market Street
Philadelphia, PA 19106
Philadelphia, PA 19106

Service Solutions Grp Llc
6000 Paysphere Cir
Chicago, IL 60674

Shannon Capital Management
Attn Michael Keller  President
511 Union Street  Suite 2700
Nashville, TN 37219

Shc Services Inc
Po Box 27124
Salt Lake City, UT 84127-0124

Simplex Grinnell Lp
Dept Ch 10320
Palatine, IL 60055-0320

Sirona Infusion Chandler
460 S Benson Ln
Suite 12
Chandler, AZ 85224-5663

Sizewise Rentals Llc
Po Box 320
Ellis, KS 67637

Smiths Medical Asd  Inc
Po Box 7247 7784
Philadelphia, PA 19170-7784

Solterra Holdings  Llc
Attn Steve Jorgenson  Managing Partner
14650 N 78th Way B
Scottsdale, AZ 85260

Solterra Holdings  Llc
C/O Stinson Leonard Street Llp
Attn Christopher Simpson
1850 N Central Avenue  Suite 2100

Sonora Quest
1255 W Washington St
Tempe, AZ 85281

---

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the Debtors' privacy practices.

Sonora Quest Lab  Llc
1255 W Washington St
Tempe, AZ 85281

Sonora Quest Lab Trillium
1255 W Washington St
Tempe, AZ 85281

Sonora Quest Laboratories
Dept 2059
Po Box 29661
Phoenix, AZ 85038-9661

Southwest Ambulance
Po Box 53569
Phoenix, AZ 85072-3569

Southwest Gas Company
Po Box 98890
Las Vegas, NV 89193-8890

Southwest Transp Srvs
Po Box 53569
Phoenix, AZ 85072-3569

Southwest Transport Services
708 W Baseline Road
Mesa, AZ 85210

Southwest Transport Svcs
Po Box 53569
Phoenix, AZ 85072-3569

Sparkletts
Ds Waters of America
Po Box 660579
Dallas, TX 75266-0579

Sprint
Po Box 4181
Carol Stream, IL 60197-4181

Srp
Po Box 80062
Prescott, AZ 86304-8062

Srp
Salt River Project
Po Box 2950
Phoenix, AZ 85062-2950

St John Companies  Inc
Po Box 51263
Los Angeles, CA 90051-1556

St Joseph Hospital
Medical Center
350 West Thomas Rd
Phoenix, AZ 85013

Starmark
Po Box 2942
Clinton, IA 52733

Stat Med  Inc
23606 N 19th Avenue
Suite 2
Phoenix, AZ 85085

State of Arizona
Office of the Attorney General
1275 West Washington Street
Phoenix, Az 85007-2926

State of Delaware
Dept of Finance/Div of Revenue
Unclaimed Property Claims Sectio
Carvel State Office Building
Wilmington, DE 19801
Wilmington, DE 19801

State of Delaware
Office of the Attorney General
Carvel State Office Bldg
820 N French Street

State of Delaware
Po Box 5509
Binghamton, NY 13902-5509

State of Georgia
Office of the Attorney General
40 Capitol Square S W
Atlanta, Ga 30334

State of Texas
Office of the Attorney General
Po Box 12548
Austin, TX 78711-2548

Stericycle
Po Box 6578
Carol Stream, IL 60197-6578

Sterilmed Inc
11400 73rd Ave
Suite 100
Maple Grove, MN 55369

Steven Taylor
15512 S Mountain Rd
Mesa, AZ 85212

Stock Yards Meat Pack Co
2838 Collections Center Drive
Chicago, IL 60693

Stoneriver Pharm Solution
Po Box 504591
St Louis, MO 63150-4591

---

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

Sun City Fire Department
18602 North 99th Ave
Sun City, AZ 85373-1436

Sun Devil Fire Equip  Inc
2929 W Clarendon Ave
Phoenix, AZ 85017

Superior Lamp Inc
Po Box 566
Moorhead, MN 56561

Supplemental Health Care
Po Box 27124
Salt Lake City, UT 84127-0124

TbA Hosp Television Inc
20 Pineview Drive
Amherst, NY 14228

Tenacore Holdings Inc
1525 E Endinger Ave
Santa Ana, CA 92705

Texas Comptroller of Public Accounts
Po Box 13528
Capitol Station
Austin, TX 78711-3528

Texas Comptroller of Public Accounts
Unclaimed Property Claims Section
Po Box 12046
Austin, TX 78711-2046

The Arizona Republic
Phoenix Newspaper
Po Box 677595
Dallas, TX 75267-7595

The Hartford Fire Ins Co
Po Box 2907
Hartford, CT 61042-907

The Nelson Law Group
One East Washington  Suite 500
Phoenix, AZ 85004

The St John Companies
Po Box 51263
Los Angeles, CA 90051

The Sucato Agency Llc
Darrren J Sucato
3020 N 44th Street
Phoenix, AZ 85018

Therapy Rehab Services
Suite 123
8115 E Indian Bend R
Scottsdale, AZ 85250

Tri Anim Health Services
25197 Network Pl
Chicago, IL 60673-1251

Trillium Specialty Hosp
215 South Power Rd
Mesa, AZ 85206

Tutera Senior Living and Health Care
Attn Joseph C Tutera  President
7611 State Line Road  Suite 301
Kansas City, MO 64114-1698

U S Department of Justice
Office of the Attorney General
Attn Eric H Holder  Jr  Esq
950 Pennsylvania Avenue  N W

U S Department of the Treasury
Office of the General Counsel
1500 Pennsylvania Avenue  N W
Washington, DC 20220

Uhc Grp Recov Serv
Po Box 740804
Atlanta, GA 30374

Uhg Recovery Svcs
Po Box 740804
Atlanta, GA 30374

Unishippers Phx
3337 N Hullen
Suite 300
Metairie, LA 70002

Unispec Facilities Management
Attn Glenn DE Souza  President
4440 N Civic Center Plz
Scottsdale , AZ - 85251

Unispec Facilities Mgmt  Llc
4440 N Civic Ctr Pl
Scottsdale, AZ 85251

United Ad Label
Rr Donnelley
Po Box 730165
Dallas, TX 75373

United Blood Services
Po Box 53022
Phoenix, AZ 85072

United Car Care
12020 N 111th Ave
Youngtown, AZ 85363

Footnote(s):

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential
inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the
Debtors' privacy practices.

United Hthcare Apipa
Recovery Services
Po Box 740834
Atlanta, GA 30374

United of Omaha Life Ins
Mutual of Omaha Plaza
Omaha, NE 68175

United States Attorney S Office
District of Delaware
Attn Ellen W Slights  Esq
1007 N Orange Street  Suite 700

Unitedhealthcare
9900 Bren Road East
Mn008 T390
Minnetonka, MN 55343

Universal Hospital Srvs
Po Box 86
Sds 12 0940
Minneapolis, MN 55486-0940

Us Foods
9399 W Higgins Road  Suite 500
Rosemont, IL 60018

Us Foodservice
Po Box 52531
Phoenix, AZ 85072-2531

UspE Global Llc
4160 N Preston Road
Celina, TX 75009

Valleywide Generator Llc
1716 W Broadway Rd
Suite 101
Mesa, AZ 85202

Vendor Credentialing Svc
322 Spring Hill Dr A300
Spring, TX 77386

Verathon Inc
Po Box 935117
Atlanta, GA 31193-5117

Verizon Wireless
Po Box 6601018
Dallas, TX 75266-0108

Vibra Healthcare
Attn Mike Soisson  Svp Development
4550 Lena Drive
Mechanicsburg, PA 17055

Vic the Picc Southwest
777 S Ham Lane
Suite D
Lodi, CA 95242

Vista Del Sol Landscape
6535 N Alsup Road
Litchfield Park, AZ 85340

Vortex Industries Inc
File 1095
1801 W Olympic Blvd
Pasadena, CA 91199-1095

Voss Lighting  Inc
Po Box 22159
Lincoln, NE 68542-2159

Waste Management
Po Box 78251
Phoenix, AZ 85062-8251

Waste Management of Az
Phoenix Hauling
Po Box 78251
Phoenix, AZ 85062-8251

Waterloo Healthcare  Llc
Po Box 53555
Phoenix, AZ 85072

Weinberg Gastro Assoc Llc
16021 N 107th St
Scottsdale, AZ 85255

Wells Fargo Bank  N A
240 Montgomery Street
San Francisco, CA 94104

West Valley Hospital Med
13677 W Mcdowell Rd
Goodyear, AZ 85395

Western Surety Company
Attn General Counsel
101 S Phillips Avenue
Sioux Falls, SD 57104-6703

Wex Bank
Wright Express Fsc
Po Box 6293
Carol Stream, IL 60197-6293

Wholesale Floors Llc
8855 N Black Canyon Highway
Phoenix, AZ 85021

Williams Express Document
Print Svcs  Ste 109
430 S Rockford Dr
Tempe, AZ 85281

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the Debtors' privacy practices.

Wilson Electric Netsian
600 E Gilbert Dr
Tempe, AZ 85281-2021

Wilson Electric Svcs Corp
Netsian Technologies
600 E Gilbert Dr
Tempe, AZ 85281

Wolverine Builders Inc
185 N Apache Trail
Suite 7
Apache Junction, AZ 85120

Wookjin Chun Md
592 E Bridgeport Pkw
Gilbert, AZ 85295

Wound Care Education Inst
25828 Pastoral Dr
Plainfield, IL 60585

Woundeducaters Com Llc
123 Woodhollow Rd
Great River, NY 11739

Wps Tricare Adm
Attn Refunds
Po Box 7928
Madison, WI 53707

**Footnote(s):**

[1] Out of an abundance of caution, certain individuals have been redacted from the matrix to avoid any potential inadvertent disclosure of protected healthcare information and to ensure compliance with applicable law and the Debtors' privacy practices.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| RESTORA HEALTHCARE HOLDINGS. LLC, *et al.*,[1] | : | Case No. 14-_____ ( ) |
|  | : |  |
|  | : | (Joint Administration Requested) |
| Debtors. | : |  |
------------------------------------------------------------x

### DECLARATION REGARDING CONSOLIDATED CREDITOR LIST

I, George W. Dunaway, the Chief Financial Officer of Restora Healthcare Holdings, LLC. a Delaware limited liability company and one of the debtors in these chapter 11 cases, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Consolidated Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  February 24, 2014

Name:     George W. Dunaway
Title:      Chief Financial Officer

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings. LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

EAST\69264764.1