# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

**Debtor:** RESTORA HEALTHCARE HOLDINGS, LLC
**Case Number:** 14-10367-PJW    **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, FEBRUARY 26, 2014 11:15 AM   CRT#2, 6TH FL.
**Bankruptcy Judge:** PETER J. WALSH
**Courtroom Clerk:** LORA JOHNSON
**Reporter / ECR:** MICHAEL MILLER

### *Matter:*

First Day Motions
**R / M #:** 20 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Petitions
#2 - Declaration of George D. Pellari
#3 - Order signed
#4 - List of Creditors
#5 - Order signed
#6 - Order signed
#7 - Interim Order signed*
#8 - Interim Order signed*
#9 - Interim Order signed*
#10 - Revised Interim order due*
#11 - Interim Order signed *
#12 - Revised Interim order due*
#13 - Status conference
#14 - Revised order shortening notice due (Proposed hearing on Bid Procedures is 3/12/14 @ 4:30 p.m.)

* Final hearing on 3/19/14 @ 1:30 p.m.