IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                 :

In re:                                            :   Chapter 11

RESTORA HEALTHCARE HOLDINGS, LLC,   :   Case No. 14-10367 (PJW)
et al.,[1]

                                            :   (Joint Administration Requested)
         Debtors.                      :

                                            :   Re: D.I. 13 , 50
------------------------------------------------------------x

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING AUCTION AND BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) AUTHORIZING ENTRY INTO A STALKING HORSE AGREEMENT, SUBJECT TO HIGHER OR OTHERWISE BETTER OFFERS, (III) APPROVING PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (IV) SCHEDULING AUCTION AND SALE APPROVAL HEARING, (V) APPROVING THE FORM AND MANNER OF SALE NOTICE, AND (VI) GRANTING RELATED RELIEF**

This matter having come before the Court on the *Motion of the Debtors to Shorten Notice and Objection Periods for the Motion of the Debtors for Entry of an Order (I) Approving Auction and Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets, (II) Authorizing Entry Into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (III) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling Auction and Sale Approval Hearing, (V) Approving the Form and Manner of Sale Notice, and (VI) Granting Related Relief* (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

"Motion to Shorten"), filed by the Debtors;[2] the Court having reviewed the Motion to Shorten; and the Court having determined that the legal and factual basis set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.  The Motion to Shorten is GRANTED as set forth herein.

2.  The hearing to consider approval of the Bidding Procedures Order shall be held on March 12, 2014, at 4:30 (prevailing Eastern Time).

3.  The deadline to file objections to the Motion shall be March 7, 2014 at 4:00 p.m. (prevailing Eastern Time).

4.  This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: February 27, 2014
Wilmington, Delaware

_____
HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

EAST\71419696.2