| | |
|---|---|
| In re:<br><br>RESTORA HEALTHCARE HOLDINGS, LLC, *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 14-10367 (PJW)<br><br>NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

　　　　Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

　　　　1. **Hearthstone Hospital – Sun City LLC d/b/a Trillium Specialty Hospital – West Valley, Hearthstone Hospital – Mesa LLC d/b/a Trillium Specialty Hospital – East Valley, Unispec Facilities Management, LLC**, Attn: Glenn de Souza, 4440 N. Civic Center Plaza, Scottsdale, AZ 85251 Phone: (480) 945-7711, Fax: (480) 240-1310

　　　　2. **Medline Industries, Inc.**, Attn: Shane Reed, 1 Medline Place, Mundelein, IL 60060 Phone: (847) 643-4103, Fax: (866) 914-2729

　　　　3. **Apheresis Care Group, Inc. d/b/a Phoenix Metro Inpatient Services, an affiliate of Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**, Attn: Justin Sergio, 920 Winter Street, Waltham, MA 02451-1457 Phone: (781) 699-9245, Fax: (781) 372-9676

　　　　4. **Concentric Healthcare**, Attn: Kyle Silk, 4250 N. Drinkwater Blvd., Suite 165, Scottsdale, AZ 85395 Phone: (480) 444-7772, Fax: (480) 444-7799

　　　　5. **Pulmonary Consultants P.C.**, Attn: Andrew Sulit, 6750 E. Baywood Ave., Suite 401, Mesa, AZ 85206 Phone: (480) 835-7111, Fax: (480) 218-5706

　　　　　　　　　　ROBERTA A. DEANGELIS
　　　　　　　　　　United States Trustee, Region 3


　　　　　　　　　　 /s/ *Benjamin Hackman* for
　　　　　　　　　　T. PATRICK TINKER
　　　　　　　　　　ASSISTANT UNITED STATES TRUSTEE

DATED: March 6, 2014

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Stuart Brown, Phone: (302) 468-5640, Fax: (302) 778-7913