**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESTORA HEALTHCARE HOLDINGS, LLC, et al.,[1] | ) ) ) | Case No. 14-10367 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors, a party in interest in the above-captioned cases, hereby appears by its proposed counsel, Alston & Bird LLP and Morris James LLP, and such counsel hereby enter their appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

| | |
|---|---|
| Brett D. Fallon, Esquire | Martin G. Bunin, Esquire |
| MORRIS JAMES LLP | Craig E. Freeman, Esquire |
| 500 Delaware Avenue, Suite 1500 | ALSTON & BIRD LLP |
| P.O. Box 2306 | 90 Park Avenue |
| Wilmington, DE  19899-2306 | 15th Floor |
| Telephone:  (302) 888-6800 | New York, NY 10016-1387 |
| Facsimile:  (302) 571-1750 | Telephone: (212) 210-9400 |
| Email:  bfallon@morrisjames.com | Facsimile: (212) 210-9444 |
| | Email: marty.bunin@alston.com |
| | Email:  craig.freeman@alston.com |

**PLEASE TAKE FURTHER NOTICE** that**,** pursuant to §1109(b) of the Bankruptcy

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are:  Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028).  The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated:  March 7, 2014 **MORRIS JAMES LLP**

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone:  (302) 888-6800
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

and

Martin G. Bunin, Esquire
Craig E. Freeman, Esquire
ALSTON & BIRD LLP
90 Park Avenue
15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: marty.bunin@alston.com
Email:  craig.freeman@alston.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*