IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
RESTORA HEALTHCARE HOLDINGS, LLC, : Case No. 14-10367 (PJW)
*et al.*,[1] :
: (Jointly Administered)
       Debtors. :
:
---------------------------------------------------------------x

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON APRIL 24, 2014 AT 3:00 P.M. (ET)[2]**

**UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:**

1. Supplemental Application of the Debtors to (I) Retain Alvarez & Marsal Healthcare Industry Group, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Certain Additional Personnel of Alvarez & Marsal Healthcare Industry Group, LLC as Executive Officers of the Debtors *Nunc Pro Tunc* to March 17, 2014 [Docket No. 204; Filed 3/28/14].

    **Response/Objection Deadline:** April 16, 2014 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Certificate of No Objection Regarding Supplemental Application of the Debtors to (I) Retain Alvarez & Marsal Healthcare Industry Group, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Certain Additional Personnel of Alvarez & Marsal Healthcare Industry Group, LLC as Executive Officers of the Debtors *Nunc Pro Tunc* to March 17, 2014 [Docket No. 258; Filed 4/18/14].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

[2] Parties who are unable to attend the hearing may participate by telephone by contacting CourtCall, an independent conference call company, at 866-582-6878. Please refer to the Court's website at deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

EAST\74631049. 2

**Responses Received**:  None.

**Status**:  A certificate of no objection has been filed with respect to this matter.  This matter will go forward to the extent the Court has any questions or concerns.

**CONTESTED MATTERS GOING FORWARD:**

2. Motion of Debtors for Entry of Orders (I) (A) Approving Auction and Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets, (B) Authorizing Entry into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of Sale Notice, and (F) Granting Related Relief, and (II)(A) Authorizing and Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 23].

   **Response/Objection Deadline**:  April 23, 2014 at 12:00 p.m. (ET).

   **Related Documents**:

   A.  Notice of Filing of Term Sheet Among Transaction Parties Regarding Bid and Purchase of the Assets of Restora Healthcare Holdings, LLC, Restora Hospital of Mesa, LLC, and Restora Hospital of Sun City, LLC and Related Transactions [Docket No. 92; Filed 3/4/14].

   B.  Order (I) Approving Auction and Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets, (II) Authorizing Entry into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (III) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling Auction and Sale Approval Hearing, (V) Approving the Form and Manner of Sale Notice, and (VI) Granting Related Relief [Docket No. 174; Filed 3/21/14].

   C.  Notice of Bid Deadline, Auction and Sale Approval Hearing in Connection with the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances [Docket No. 179; Filed 3/24/14].

   D.  Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 205; Filed 3/28/14].

   E.  Notice of Rescheduled Auction [Docket No. 213; Filed 4/1/14].

   F.  Notice of Filing of Schedules to Stalking Horse Asset Purchase Agreement [Docket No. 216; Filed 4/3/14].

**Responses Received/Replies Filed:**

A. Limited Objection of the United States of America to Motion of Debtors for Entry of Orders (I) (A) Approving Auction and Bidding Procedures in Connection with the Sale of Substantially all the Debtors Assets, (B) Authorizing Entry into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of Sale Notice, and (F) Granting Related Relief, and (II) (A) Authorizing and Approving the Sale of Substantially all of the Debtors Assets Free and Clear of all Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief; and Reservation of Rights Regarding Final DIP Order [Doc. No. 107; Filed 3/7/14].

B. Objection of the Official Committee of Unsecured Creditors to Motion of Debtors For Entry of Orders (I) (A) Approving Auction and Bidding Procedures in Connection with the Sale of Substantially All the Debtors Assets, (B) Authorizing Entry into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of Sale Notice, and (F) Granting Related Relief, and (II) (A) Authorizing and Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Doc. No. 128; Filed 3/14/14].

C. Debtors' Omnibus Reply to Objections to Motion of Debtors for Entry of Orders (I) (A) Approving Auction and Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry Into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of Sale Notice, and (F) Granting Related Relief, and (II) (A) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 138; Filed 3/17/14].

D. Declaration of Ronald M. Winters in Support of Motion of Debtors for Entry of Orders (I) (A) Approving Auction and Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry Into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval

Hearing, (E) Approving the Form and Manner of Sale Notice, and (F) Granting Related Relief, and (II) (A) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claim, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 139; Filed 3/17/14].

E.   HFG's Reply to Committee's Objection to Entry of Order, Among Other Things, Approving Auction and Bidding Procedures [Docket No. 142; Filed 3/17/14].

F.   Limited Response of Apheresis Care Group, Inc. D/B/A Phoenix Metro Inpatient Services to Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 221; Filed 4/8/14].

G.   Limited Objection and Reservation of Rights of Kan-Di-Ki, LLC D/B/A Diagnostic Laboratories to Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 225; Filed 4/11/14].

H.   Reservation of Rights of American Realty Capital with Respect to Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets and Proposed Cure Amounts [Docket No. 226; Filed 4/11/14].

I.   Objection of the United States to Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 227; Filed 4/11/14].

J.   Limited Response of Banner Health to Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 230; Filed 4/11/14].

K.   Limited Objection and Reservation of Rights by Aetna Health, Inc. to the Debtors' (A) Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 228; Filed 4/11/14].

**Status:**   This matter is going forward.

| | |
|---|---|
| Dated: April 22, 2014<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>Daniel N. Brogan (DE 5723)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@dlapiper.com<br>     Daniel.Brogan@dlapiper.com<br><br>-and-<br><br>Thomas R. Califano (admitted *pro hac vice*)<br>Daniel G. Egan (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Telephone:  (212) 335-4500<br>Facsimile:  (212) 335-4501<br>Email:  Thomas.Califano@dlapiper.com<br>     Daniel.Egan@dlapiper.com<br><br>*Attorneys for the Debtors and*<br>*Debtors in Possession* |