IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re:                                               :  Chapter 11
                                                     :
RESTORA HEALTHCARE HOLDINGS, LLC,  :  Case No. 14-10367 (PJW)
*et al.*,[1]                                         :
                                                     :  (Jointly Administered)
          Debtors.                                   :
                                                     :  Re: D.I. 23 & 174
---------------------------------------------------------------x

**NOTICE OF CANCELLATION OF AUCTION AND SELECTION
OF SUCCESSFUL BIDDER WITH RESPECT TO THE
SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS
<u>FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On February 25, 2014, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed a motion (the "<u>Sale Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") seeking, among other things, entry of an order (the "<u>Bidding Procedures Order</u>") (i) approving certain auction and bidding procedures in connection with the sale of substantially all of the Debtors' assets (the "<u>Bidding Procedures</u>"), (ii) authorizing the Debtors to enter into a stalking horse purchase agreement, subject to higher or otherwise better offers, (iii) approving procedures relating to the assumption and assignment of executory contracts and unexpired leases, (iv) scheduling an auction (the "<u>Auction</u>") and sale approval hearing (the "<u>Sale Approval Hearing</u>"), (v) approving the form and manner of sale notice, and (vi) granting related relief.[2]

2. On March 21, 2014, the Court entered the Bidding Procedures Order.

3. Pursuant to the Bidding Procedures Order and the Bidding Procedures, the deadline to submit offers to purchase the Acquired Assets was April 18, 2014 at 5:00 p.m. (prevailing Eastern Time) (the "<u>Bid Deadline</u>"), which deadline could be extended by the Debtors in consultation with the Committee. In the event that more than one Qualified Bid was received on or before the Bid Deadline, the Debtors would conduct an Auction commencing on

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Restora Healthcare Holdings, LLC (2837); Restora Hospital of Mesa, LLC (8773); and Restora Hospital of Sun City, LLC (1028). The mailing address for the Debtors, solely for purposes of notices and communications, is 2550 Northwinds Parkway, Suite 160, Alpharetta, Georgia 30009.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

**April 22, 2014 at 10:00 a.m. (prevailing Eastern Time)**, at the offices of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, to determine the highest or otherwise best bid for the Acquired Assets (the "Successful Bid").

4.  As set forth in the Bidding Procedures Order, the bid submitted by the Stalking Horse Purchaser was deemed to be a Qualified Bid. The Debtors expressly reserved the right to cancel the Auction in their reasonable discretion and, as set forth in the Bidding Procedures Order, if the Debtors did not receive an additional Qualified Bid other than the Stalking Horse Purchaser's bid, the Debtors would not hold an Auction and the Stalking Horse Purchaser would be named the Successful Bidder.

5.  One other party submitted a competing bid for the Debtors' assets. However, on April 22, 2014, that party withdrew its competing bid. No other bids, including any Qualified Bids, were received prior to the Bid Deadline. As such, no Auction was held and the Stalking Horse Purchaser has been named the Successful Bidder.

6.  Pursuant to the Bidding Procedures Order, the Debtors are proceeding with the Sale Approval Hearing on **April 24, 2014 at 3:00 p.m. (prevailing Eastern Time)**, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 2, 824 N. Market Street, Wilmington, Delaware 19801, where the Debtors will present the Qualified Bid of the Stalking Horse Purchaser for approval by the Court.

[*Text Continues on the Next Page*]

| | |
|---|---|
| Dated: April 23, 2014<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>Daniel N. Brogan (DE 5723)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email:   Stuart.Brown@dlapiper.com<br>             Daniel.Brogan@dlapiper.com<br><br>-and-<br><br>Thomas R. Califano (admitted *pro hac vice*)<br>Daniel G. Egan (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Telephone:  (212) 335-4500<br>Facsimile:  (212) 335-4501<br>Email:  Thomas.Califano@dlapiper.com<br>            Daniel.Egan@dlapiper.com<br><br>*Attorneys for the Debtors and*<br>*Debtors in Possession* |