# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RESTORA HEALTHCARE HOLDINGS, LLC | | |
| **Case Number:** | 14-10367-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 30, 2014 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### *Matter:*

Omnibus

**R / M #:**   521 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Revised Order signed dismissing the chapter 11 cases
#2 - Omnibus Order signed approving final fee applications